No. 21,642.

THE PEOPLES NATIONAL BANK OF KANSAS CITY, *Appellee*, v. C. M. NIQUETTE, W. E. STOVER and J. E. CRIST, *Appellants*, et al.

OPINION DENYING PETITION FOR A REHEARING.

Appeal from Wyandotte district court, division No. 2; FRANK D. HUTCHINGS, judge. Opinion denying a rehearing filed October 12, 1918. (For original opinion of affirmance see ante, p. 410.)

*Albert Hoskinson,* and *H. O. Trinkle,* both of Garden City, for the appellants.

*Thomas A. Pollock,* of Kansas City, for the appellee.

The opinion of the court was delivered by

BURCH, J.: The appellants have filed a petition for a rehearing upon the ground that the decision rendered is contrary to the evidence and to the law as previously declared. The court remains of its former opinion, and the petition is denied.

W. H. Mitchell, a defendant in the action against whom judgment was rendered, files a separate petition for a rehearing in which he claims that there are special reasons, applicable in his case, for a reversal. As no notice of appeal was ever served in behalf of this defendant, so far as the records of this court show, there is nothing before us upon which an examination could be made upon the merits of his contention. Therefore, this petition is also overruled.